# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kobayashi,, Leslie E. | 2. Court or Organization<br><br>USDC, District of Hawaii | 3. Date of Report<br><br>01/24/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
300 Ala Moana Blvd. Rm. C-353
Honolulu, Hawaii 96850

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | State of Hawaii, Judiciary - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Isstitute | 02/01/13-02/02/13 | New York City, New York | Continuing Legal Education Speaker | Air and ground transportation, hotel, and meals |
| 2. | American Conference Institute | 09/29/13-09/30/13 | San Francisco, CA | Continuing Legal Education Speaker | Airand ground transportation, hotel, and meals |
| 3. | Federal Bar Association - Hawaii Chapter | 09/25/13-09/28/13 | San Juan, Puerto Rico | Chapter Judge Representative | Air and ground transportation, hotel, and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | City Bank | Line of Credit | J |
| 2. | First Hawaiian Bank | Line of Credit | J |
| 3. | VISA | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA Rollover | C | Int./Div. | J | T | | | | | |
| 2.  - Morgan Stanley Bank | A | Int./Div. | J | T | | | | | |
| 3.  - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 4.  -Abbott Laboratories | | | J | T | Buy | 01/11/13 | J | | |
| 5.  Apple Inc. | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 6. | | | | | Sold | 06/25/13 | J | | |
| 7.  -AIM Developing Markets A | | | | | | | | | |
| 8.  -Agilent Technologies | | | | | Buy | 04/22/13 | J | | |
| 9.  -ALPS ETF TR Rivrfrnt STR Inc | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 10. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 11. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 12.  - Allianz NFJ SM-CAP Value A | | | | | | | | | |
| 13.  -Altria Group Inc 8500 | A | Interest | J | T | | | | | |
| 14.  - Amer Cent Intl Grw Adv | | | | | | | | | |
| 15.  American Express | A | Dividend | J | T | | | | | |
| 16.  - American EuroPacafic Grw F | | | | | | | | | |
| 17.  - Amercian GR FD of America F1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BCE Inc | A | Dividend | J | T | | | | | |
| 19. - Blackrock Bond PTF SVC (fna "Blackrock Intrm Bond Svc") | | | J | T | | | | | |
| 20. - Blackrock Equity Dividend A | | | | | | | | | |
| 21. -CA Incorporated | | | J | T | | | | | |
| 22. -Chevron Corp | | None | J | T | | | | | |
| 23. -Chubb Corp | | None | J | T | | | | | |
| 24. -Colgate Palmolive | | None | J | T | Buy | 01/11/13 | J | | |
| 25. -CONOCO Philips | | None | J | T | | | | | |
| 26. -CONS Discret Sel Sect SPDR FD | | None | J | T | | | | | |
| 27. -Credit Suisse | A | Interest | J | T | Buy (add'l) | 02/15/13 | J | | |
| 28. -Cummins Inc | | None | J | T | | | | | |
| 29. -CVS Caremark Corp | | None | J | T | Buy | 01/11/13 | J | | |
| 30. -Discover Financial Services | | None | | | Buy | 06/11/13 | J | | |
| 31. -Dollar Tree Inc | | None | J | T | Buy | 01/11/13 | J | | |
| 32. - Dryden Sh Term Corp BD A | | | | | | | | | |
| 33. - DWS Large Cap Value A | | | | | | | | | |
| 34. - DWS Dreman Small Cap Val A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - DWS RREEF Real Estate Sec A | | | | | | | | | |
| 36. -Energy Sel Select SPDR FD | A | Dividend | J | T | | | | | |
| 37. -Engility Holdings Inc | | | | | | | | | |
| 38. -E V Global Macro ABS Ret C | | None | | | Buy | 03/25/13 | L | | |
| 39. - Fidelity Adv Lvgd Cmpany Stk A | | | | | | | | | |
| 40. -Flexshares Qualt Divid IDX ETF | | None | | | Buy | 01/11/13 | J | | |
| 41. -FR TR DJ Select Micro Cap ETF | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 42. -Global X MLP & Energy Infr ETF | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 43. -Guggenheim Insider Sentiment E | | None | J | T | Buy | 11/08/13 | J | | |
| 44. Guggenheim S&P 500 EQ Weight | | None | J | T | Buy | 01/11/13 | J | | |
| 45. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 46. -Hasbro Inc | | None | | | | | | | |
| 47. Health Care Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 48. -IShares Barclays MBS Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 49. -IShares DJ US Fin Svc Comp | A | Dividend | J | T | Sold (part) | 01/29/13 | J | A | |
| 50. -IShares MSCI EAFE Fund | | None | J | T | Buy | 02/05/13 | J | | |
| 51. -IShares IBoxx $ H/Y Corp BD | A | Dividend | | | Sold (part) | 06/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/01/13 | J | B | |
| 53. | | | | | Sold (part) | 06/26/13 | J | A | |
| 54. | | | | | Sold | 07/02/13 | J | D | |
| 55. -IShares JP Morgan EM Bond FD | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 56. -IShares Morningstart Lrg Cap Val | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 57. -Ishares MSCI Asia Ex-Japan ETF | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 58. | | | | | Sold (part) | 12/17/13 | J | D | |
| 59. -Ishares MSCI EAFE ETF | | | J | T | Buy | 11/08/13 | J | | |
| 60. -IShares MSCI EAFE Val ETF | | | J | T | Buy | 11/08/13 | J | | |
| 61. -IShares MSCI Canada Index Fund | | | J | T | Buy | 02/05/13 | J | | |
| 62. -IShares MSCI Germany Index FD | | | J | T | | | | | |
| 63. IShares MSCI Emerging Mkts FD | | None | J | T | | | | | |
| 64. -IShares MSCI Japan ETF | | None | J | T | Buy | 07/08/13 | J | | |
| 65. IShares MSCI PAC Ex-JPN Idx | | None | J | T | | | | | |
| 66. | | | | | Sold (part) | 07/08/13 | J | | |
| 67. -Ishares MSCI Suoth Korea CP ETF | | None | J | T | Buy | 11/08/13 | J | | |
| 68. -IShares MSCI United Kingdom ETF | | None | J | T | Buy | 11/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares S&P Midcap 400 Index | | None | J | T | | | | | |
| 70. -IShares SP Smallcap 600 Index | | None | J | T | | | | | |
| 71. -IShares Morningstar LRG V | | None | | | Buy | 06/11/13 | J | | |
| 72. -Invesco Constellation A | A | Int./Div. | J | T | Sold (part) | 03/20/13 | J | B | |
| 73. -Invesco Developing Markets A | | None | | | | | | | |
| 74. -Invesco Diversified Dividend A | | None | | | Sold | 03/20/13 | J | A | |
| 75. -Invesco Global Core Equity A | A | Dividend | J | T | Sold (part) | 03/20/13 | J | A | |
| 76. -Invesco Premier PTF INSTL | | None | | | | | | | |
| 77. - Ivy Large Cap Grw A | | None | | | | | | | |
| 78. - Jennison Mid Cap Growth A | | None | | | | | | | |
| 79. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 80. -JP Morgan Chase & Co | A | Interest | J | T | Sold (part) | 12/06/13 | J | D | |
| 81. -JPM Alerian MLP | A | Distribution | J | T | | | | | |
| 82. -KLA Tencor Corp | A | Dividend | J | T | | | | | |
| 83. -L-3 Communications Holding Inc. | | | J | T | | | | | |
| 84. - Lazard Emerging Markets Open | | | | | | | | | |
| 85. - Legg Mason Ptners GL Hiyld Bd A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Legg Mason WA Glb HIY BD A | | | | | | | | | |
| 87.  - Managers AMG ESS SM/MI CP GR A | | | | | | | | | |
| 88.  -Mainstay Icap Select Equity A | | | | | | | | | |
| 89.  -Mainstay Large Cap Grw A | | | J | | | | | | |
| 90.  Merck & Co Inc New York | A | Dividend | J | T | Sold (part) | 01/03/13 | J | A | |
| 91.  -Metlife Incorporated | | | | | Sold | 02/27/13 | J | A | |
| 92.  -Meadwestvaco Corp | A | Dividend | J | T | | | | | |
| 93.  - MFS Limited Maturity A (Mutual Fund) | A | Dividend | J | T | | | | | |
| 94.  - MFS Value A | | | | | | | | | |
| 95.  -MFS Focus Growth FD A | | | | | | | | | |
| 96.  -Microsoft Corp | | | | | | | | | |
| 97.  -Moodys Corp | A | Dividend | J | T | | | | | |
| 98.  -MSIFT Global Stategist H | A | Dividend | J | T | | | | | |
| 99.  Nordstrom Inc | | None | | | Sold | 02/15/13 | J | A | |
| 100.  -Nuveen NWQ Large Cap Value A | | | | | | | | | |
| 101.  Occidental Petroleum Copr DE | A | Dividend | J | T | | | | | |
| 102.  - Perkins MID CAP VAL INV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -PIMCO 0-5 H/Y Corp Bond | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 104. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 105.  - PIMCO Low Duration FD A | A | Dividend | J | T | | | | | |
| 106.  - PIMCO Real Return A | A | Dividend | J | T | | | | | |
| 107.  -Pfizer Inc | A | Dividend | J | T | | | | | |
| 108.  -Phillips 66 Com | A | Distribution | J | T | | | | | |
| 109.  -PNC FINL SVCS GRP | A | Dividend | K | T | | | | | |
| 110.  -Powershares ETF TR Dyna BUYBK | A | Dividend | J | T | Buy | 01/08/13 | J | | |
| 111.  -Powershares Fndmtl H/Y Corp | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |
| 112. | | | | | Sold (part) | 02/25/13 | J | A | |
| 113.  -Powreshares GLB ETF TR DEV MKT | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 114.  -Powershares Intl Div ACH | | | | | Sold | 01/23/13 | J | A | |
| 115.  -Powershares S&P 500 High Beta | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 116.  -Powershares S&P 500 Low Vola | A | Dividend | | | Sold (part) | 01/29/13 | J | A | |
| 117. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 118. | | | | | Sold (part) | 08/07/13 | J | A | |
| 119. | | | | | Sold | 08/14/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Powershares Senior Loan Port | A | Dividend | J | T | Sold (part) | 12/09/13 | J | B | |
| 121. -Prudential Jennison MD CP GW A | | | | | | | | | |
| 122. -Prudential Sht Trm Corp BD A | A | Dividend | J | T | | | | | |
| 123. Qualcomm Inc | | None | | | Sold | 01/16/13 | J | A | |
| 124. - Safeway Inc. (Common Stock) | A | Int./Div. | J | T | Sold (part) | 03/20/13 | J | A | |
| 125. - Seligman Emerging Markets A | | | | | | | | | |
| 126. -Shell Intl Fin | | | | | Sold | 12/06/13 | J | D | |
| 127. -SPDR Barclays Capital High YIE | A | Dividend | | | Sold (part) | 01/30/13 | J | A | |
| 128. | | | | | Sold (part) | 02/11/13 | J | A | |
| 129. | | | | | Sold (part) | 06/11/13 | J | A | |
| 130. | | | | | Sold (part) | 07/01/13 | J | A | |
| 131. | | | | | Sold | 07/8/13 | J | A | |
| 132. -SPDR Barcap Short Term Hi Yield | | | J | T | Buy | 02/25/13 | J | | |
| 133. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 134. -SPDR DJ Wilshire REIT ETF | A | Dividend | | | Sold | 01/15/13 | J | A | |
| 135. -SPDR S&P Insurance ETF | | | J | T | Buy | 11/08/13 | J | | |
| 136. -SPDR Trust Series I | | | J | T | Buy | 07/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - T Rowe Price Mid Cap Gr Adv | | | | | | | | | |
| 138. -SPDR S&P Insurance ETF | | | | | Buy | 04/03/13 | J | | |
| 139. | | | | | Sold (part) | 06/06/13 | J | A | |
| 140. - Templeton Foreign Fund A | | | | | | | | | |
| 141. TimeWarner Inc New | A | Dividend | J | T | Sold (part) | 01/16/13 | J | A | |
| 142. | | | | | Sold (part) | 08/14/13 | J | A | |
| 143. - TCW Total Ret DB N | A | Dividend | J | T | | | | | |
| 144. - Threadneedle Emerg Mkts A | | | | | | | | | |
| 145. Tiffany & Company | | None | J | T | | | | | |
| 146. UBS E-Tracs Aleri | A | Interest | J | T | Sold (part) | 08/07/13 | J | A | |
| 147. UnitedHealth GP Inc | | None | | | Sold | 01/08/13 | J | | |
| 148. US Bancorp | A | Int./Div. | J | T | | | | | |
| 149. Utilites Sel Sect SPDR Fund | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 150. Vanguard Consum Staples ETF | | None | J | T | Sold (part) | 01/16/13 | J | A | |
| 151. | | | | | Sold (part) | 04/22/13 | J | A | |
| 152. Vanguard Dividend Appreciation | A | Distribution | J | T | Buy (add'l) | 03/20/13 | J | | |
| 153. | | | | | Sold (part) | 06/11/13 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 155. | | | | | Sold (part) | 06/06/13 | J | A | |
| 156. Vanguard Info Tech ETF | | None | J | T | Buy | 01/11/13 | J | | |
| 157. Vanguard MSCI Emerging Mkts | | None | | | Sold | 06/20/13 | J | A | |
| 158. -Vanguard European MSCI ETF | A | Dividend | J | T | Sold (part) | 02/11/13 | J | A | |
| 159. | | | | | Sold (part) | 02/14/13 | J | A | |
| 160. -Vanguard FTSE Emerging Markets | | | | | Buy | 01/11/13 | J | | |
| 161. | | | | | Sold (part) | 06/17/13 | J | | |
| 162. | | | | | Sold (part) | 06/20/13 | J | | |
| 163. | | | | | Sold | 07/01/13 | J | A | |
| 164. | | | | | Sold (part) | 06/26/13 | J | | |
| 165. -Vanguard Industrial ETF | A | Dividend | J | T | | | | | |
| 166. -Vanguard Info Tech ETF | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 167. -Vanguard Short-Term Corporate | A | Dividend | J | T | Buy (add'l) | 01/18/13 | J | | |
| 168. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 169. -Wal Mart Stores Inc | | | | | | | | | |
| 170. - Western Asset Core Plus BD FI | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Wisdom Tree Trust Emrg Mkt EQT | | | J | T | Buy | 03/20/13 | J | | |
| 172. -Wisdom Tree European Hedged Equit | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 173. -Wisdom Tree European MSCI ETF | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 174. Wisdom Tree LG Cap Div ETF | A | Dividend | J | T | Buy (add'l) | 02/01/13 | J | | |
| 175. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 176. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 177. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 178. | | | | | Sold (part) | 08/14/13 | J | A | |
| 179. Wisdom Tree Trust Japan | A | Dividend | J | T | Buy (add'l) | 03/20/13 | J | | |
| 180. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 181. | | | | | Sold (part) | 07/08/13 | J | | |
| 182. Wisdom Tree Trust Japn Hedge EQ | | None | J | T | Buy | 11/08/13 | J | | |
| 183. Wisdom Tree Trust Emerg Mkt Eqt | A | Dividend | | T | Buy | 03/20/13 | J | | |
| 184. Honolulu FCU | A | Interest | J | T | | | | | |
| 185. McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 186. Coverdell ESA | A | Int./Div. | J | T | | | | | |
| 187. - MS Liquid Asset Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - MS Focus Growth FD A | A | Dividend | J | T | Sold (part) | 03/20/13 | K | A | |
| 189. Morgan Stanley Smith Barney UTMA Account | A | Int./Div. | J | T | | | | | |
| 190. - MS Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 191. - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 192. - Walt Disney Co Hldg Co. | A | Dividend | J | T | | | | | |
| 193. -Virtus Strategic Grw A (Mutual Fund) | A | Dividend | J | T | | | | | |
| 194. IRA Account | A | Int./Div. | K | T | | | | | |
| 195. - MS Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 196. - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 197. - AIM Constellation A | | | | | | | | | |
| 198. - Allianz NFJ Intl Value A | | | | | | | | | |
| 199. - American Century Growth Advantage | | | | | | | | | |
| 200. - DWS Real Esate Sec A (A Mutual Fund) | | | | | | | | | |
| 201. - Enterprise Group Fund Growth PT | | | | | | | | | |
| 202. - Fidelity Adv Lvgd Company Stk A | | | | | | | | | |
| 203. - Focus Growth Fund B | | | | | | | | | |
| 204. - IM Enterprise Growth FD Cl A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 34

**Name of Person Reporting**

Kobayashi,, Leslie E.

**Date of Report**

01/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Invesco Constellation A | | | | | | | | | |
| 206. -Invesco Diversified Dividend A | | | | | | | | | |
| 207. - Invesco Div GW Securities A | | | | | | | | | |
| 208. -Invesco Global Core Equity A | | | | | | | | | |
| 209. - Invesco GLB DIV GW Secur B | | | | | | | | | |
| 210. - MS Capital Opportunities TR A | | | | | | | | | |
| 211. - MS Dividend Grwth Securities | | | | | | | | | |
| 212. - MS Focus Growth FD A | | | | | | | | | |
| 213. - MS Global Dividend -Grwth Sec B(fkn as MSDW) | | | | | | | | | |
| 214. - MS Strategist Fund (fkn as MSDW) | | | | | | | | | |
| 215. - MSDW Dividend Growth D | | | | | | | | | |
| 216. - MS Global Advantage Fund A | | | | | | | | | |
| 217. - MS Global Dividend Grwth Sec D | | | | | | | | | |
| 218. -MS Global Strategist Fund A | A | Dividend | J | T | | | | | |
| 219. - MS Mid-Cap Growth B | | | | | | | | | |
| 220. - MS Multi Cap Growth Tr A | A | Dividend | J | T | Sold (part) | 03/20/13 | K | A | |
| 221. - MFS Value A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - MS Limited Maturity Fund A (Mutual Fund) | | | | | | | | | |
| 223. - MSDW Dividend Growth Fund B | | | | | | | | | |
| 224. - MSDW Small Cap Growth Fund B | | | | | | | | | |
| 225. - MSDW Aggressive Equity Fund B | | | | | | | | | |
| 226. - MSDW Competitive Edge Fund | | | | | | | | | |
| 227. - MSDW Am Oppoturnity Fund | | | | | | | | | |
| 228. - MSDW Growth Securities B | | | | | | | | | |
| 229. - MSDW Global Dividend Growth D | | | | | | | | | |
| 230. - MSDW Competitive Edge Bip B | | | | | | | | | |
| 231. - Perkins Mid Cap Val Div | | | | | | | | | |
| 232. - Pimco Low Duration FD A | | | | | | | | | |
| 233. - Pimco Small Cap Value Fd Cl A | | | | | | | | | |
| 234. - Phoenix Al-Cap Growth | | | | | | | | | |
| 235. - Phoenix Engermann Growth A | | | | | | | | | |
| 236. - Salomon Hi Yld BD FD Cl A | | | | | | | | | |
| 237. - Strategist Fund A | | | | | | | | | |
| 238. -General Electric Co. (stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Gen Elec CAP Corp 2950 | | | J | T | | | | | |
| 240. -ING ESII Annuity | A | Int./Div. | M | T | | | | | |
| 241. -CollegeBoundfund - CBF Aggresive Growth 2002-04 ALT C | A | Int./Div. | J | T | | | | | |
| 242. -Goldman Sachs Grp Inc Medium Term Notes | A | Interest | J | T | | | | | |
| 243. -Honolulu Waterwater Sys Bond | A | Int./Div. | K | | | | | | |
| 244. -MS Equally Weighted S&P 500 C | | | | | | | | | |
| 245. -United States Savings Bonds Series EE | A | Int./Div. | J | T | | | | | |
| 246. -Wells Fargo Bank | A | Interest | J | T | | | | | |
| 247. IRA Rollover | C | Int./Div. | J | T | | | | | |
| 248. - Morgan Stanley Bank | A | Int./Div. | J | T | | | | | |
| 249. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 250. -Abbott Laboratories | | | J | T | Buy | 01/11/13 | J | | |
| 251. Apple Inc. | A | Dividend | | | Sold (part) | 01/08/13 | J | A | |
| 252. | | | | | Sold | 06/25/13 | J | | |
| 253. -AIM Developing Markets A | | | | | | | | | |
| 254. -Agilent Technologies | | | | | Buy | 04/22/13 | J | | |
| 255. -ALPS ETF TR Rivrfrnt STR Inc | A | Dividend | J | T | Buy | 01/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 257. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 258. - Allianz NFJ SM-CAP Value A | | | | | | | | | |
| 259. -Altria Group Inc 8500 | A | Interest | J | T | | | | | |
| 260. - Amer Cent Intl Grw Adv | | | | | | | | | |
| 261. American Express | A | Dividend | J | T | | | | | |
| 262. - American EuroPacafic Grw F | | | | | | | | | |
| 263. - Amercian GR FD of America F1 | | | | | | | | | |
| 264. BCE Inc | A | Dividend | J | T | | | | | |
| 265. - Blackrock Bond PTF SVC (fna "Blackrock Intrm Bond Svc") | | | J | T | | | | | |
| 266. - Blackrock Equity Dividend A | | | | | | | | | |
| 267. -CA Incorporated | | | J | T | | | | | |
| 268. -Chevron Corp | | None | J | T | | | | | |
| 269. -Chubb Corp | | None | J | T | | | | | |
| 270. -Colgate Palmolive | | None | J | T | Buy | 01/11/13 | J | | |
| 271. -CONOCO Philips | | None | J | T | | | | | |
| 272. -CONS Discret Sel Sect SPDR FD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -Credit Suisse | A | Interest | J | T | Buy (add'l) | 02/15/13 | J | | |
| 274.  -Cummins Inc | | None | J | T | | | | | |
| 275.  -CVS Caremark Corp | | None | J | T | Buy | 01/11/13 | J | | |
| 276.  -Discover Financial Services | | None | | | Buy | 06/11/13 | J | | |
| 277.  -Dollar Tree Inc | | None | J | T | Buy | 01/11/13 | J | | |
| 278.  - Dryden Sh Term Corp BD A | | | | | | | | | |
| 279.  - DWS Large Cap Value A | | | | | | | | | |
| 280.  - DWS Dreman Small Cap Val A | | | | | | | | | |
| 281.  - DWS RREEF Real Estate Sec A | | | | | | | | | |
| 282.  -Energy Sel Select SPDR FD | A | Dividend | J | T | | | | | |
| 283.  -Engility Holdings Inc | | | | | | | | | |
| 284.  -E V Global Macro ABS Ret C | | None | | | Buy | 03/25/13 | L | | |
| 285.  - Fidelity Adv Lvgd Cmpany Stk A | | | | | | | | | |
| 286.  -Flexshares Qualt Divid IDX ETF | | None | | | Buy | 01/11/13 | J | | |
| 287.  -FR TR DJ Select Micro Cap ETF | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 288.  -Global X MLP & Energy Infr ETF | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 289.  -Guggenheim Insider Sentiment E | | None | J | T | Buy | 11/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Guggenheim S&P 500 EQ Weight | | None | J | T | Buy | 01/11/13 | J | | |
| 291. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 292. -Hasbro Inc | | None | | | | | | | |
| 293. Health Care Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 294. -IShares Barclays MBS Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 295. -IShares DJ US Fin Svc Comp | A | Dividend | J | T | Sold (part) | 01/29/13 | J | A | |
| 296. -IShares MSCI EAFE Fund | | None | J | T | Buy | 02/05/13 | J | | |
| 297. -IShares IBoxx $ H/Y Corp BD | A | Dividend | | | Sold (part) | 06/11/13 | J | A | |
| 298. | | | | | Sold (part) | 07/01/13 | J | B | |
| 299. | | | | | Sold (part) | 06/26/13 | J | A | |
| 300. | | | | | Sold | 07/02/13 | J | D | |
| 301. -IShares JP Morgan EM Bond FD | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 302. -IShares Morningstart Lrg Cap Val | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 303. -Ishares MSCI Asia Ex-Japan ETF | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 304. | | | | | Sold (part) | 12/17/13 | J | D | |
| 305. -Ishares MSCI EAFE ETF | | | J | T | Buy | 11/08/13 | J | | |
| 306. -IShares MSCI EAFE Val ETF | | | J | T | Buy | 11/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -IShares MSCI Canada Index Fund | | | J | T | Buy | 02/05/13 | J | | |
| 308. -IShares MSCI Germany Index FD | | | J | T | | | | | |
| 309. IShares MSCI Emerging Mkts FD | | None | J | T | | | | | |
| 310. -IShares MSCI Japan ETF | | None | J | T | Buy | 07/08/13 | J | | |
| 311. IShares MSCI PAC Ex-JPN Idx | | None | J | T | | | | | |
| 312. | | | | | Sold (part) | 07/08/13 | J | | |
| 313. -Ishares MSCI Suoth Korea CP ETF | | None | J | T | Buy | 11/08/13 | J | | |
| 314. -IShares MSCI United Kingdom ETF | | None | J | T | Buy | 11/08/13 | J | | |
| 315. -IShares S&P Midcap 400 Index | | None | J | T | | | | | |
| 316. -IShares SP Smallcap 600 Index | | None | J | T | | | | | |
| 317. -IShares Morningstar LRG V | | None | | | Buy | 06/11/13 | J | | |
| 318. -Invesco Constellation A | A | Int./Div. | J | T | Sold (part) | 03/20/13 | J | B | |
| 319. -Invesco Developing Markets A | | None | | | | | | | |
| 320. -Invesco Diversified Dividend A | | None | | | Sold | 03/20/13 | J | A | |
| 321. -Invesco Global Core Equity A | A | Dividend | J | T | Sold (part) | 03/20/13 | J | A | |
| 322. -Invesco Premier PTF INSTL | | None | | | | | | | |
| 323. - Ivy Large Cap Grw A | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Jennison Mid Cap Growth A | | None | | | | | | | |
| 325. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 326. -JP Morgan Chase & Co | A | Interest | J | T | Sold (part) | 12/06/13 | J | D | |
| 327. -JPM Alerian MLP | A | Distribution | J | T | | | | | |
| 328. -KLA Tencor Corp | A | Dividend | J | T | | | | | |
| 329. -L-3 Communications Holding Inc. | | | J | T | | | | | |
| 330. - Lazard Emerging Markets Open | | | | | | | | | |
| 331. - Legg Mason Ptners GL Hiyld Bd A | A | Dividend | J | T | | | | | |
| 332. - Legg Mason WA Glb HIY BD A | | | | | | | | | |
| 333. - Managers AMG ESS SM/MI CP GR A | | | | | | | | | |
| 334. -Mainstay Icap Select Equity A | | | | | | | | | |
| 335. -Mainstay Large Cap Grw A | | | J | | | | | | |
| 336. Merck & Co Inc New York | A | Dividend | J | T | Sold (part) | 01/03/13 | J | A | |
| 337. -Metlife Incorporated | | | | | Sold | 02/27/13 | J | A | |
| 338. -Meadwestvaco Corp | A | Dividend | J | T | | | | | |
| 339. - MFS Limited Maturity A (Mutual Fund) | A | Dividend | J | T | | | | | |
| 340. - MFS Value A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. -MFS Focus Growth FD A | | | | | | | | | |
| 342. -Microsoft Corp | | | | | | | | | |
| 343. -Moodys Corp | A | Dividend | J | T | | | | | |
| 344. -MSIFT Global Stategist H | A | Dividend | J | T | | | | | |
| 345. Nordstrom Inc | | None | | | Sold | 02/15/13 | J | A | |
| 346. -Nuveen NWQ Large Cap Value A | | | | | | | | | |
| 347. Occidental Petroleum Copr DE | A | Dividend | J | T | | | | | |
| 348. - Perkins MID CAP VAL INV | | | | | | | | | |
| 349. -PIMCO 0-5 H/Y Corp Bond | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 350. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 351. - PIMCO Low Duration FD A | A | Dividend | J | T | | | | | |
| 352. - PIMCO Real Return A | A | Dividend | J | T | | | | | |
| 353. -Pfizer Inc | A | Dividend | J | T | | | | | |
| 354. -Phillips 66 Com | A | Distribution | J | T | | | | | |
| 355. -PNC FINL SVCS GRP | A | Dividend | K | T | | | | | |
| 356. -Powershares ETF TR Dyna BUYBK | A | Dividend | J | T | Buy | 01/08/13 | J | | |
| 357. -Powershares Fndmtl H/Y Corp | A | Dividend | J | T | Buy (add'l) | 01/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 02/25/13 | J | A | |
| 359. -Powreshares GLB ETF TR DEV MKT | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 360. -Powershares Intl Div ACH | | | | | Sold | 01/23/13 | J | A | |
| 361. -Powershares S&P 500 High Beta | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 362. -Powershares S&P 500 Low Vola | A | Dividend | | | Sold (part) | 01/29/13 | J | A | |
| 363. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 364. | | | | | Sold (part) | 08/07/13 | J | A | |
| 365. | | | | | Sold | 08/14/13 | J | A | |
| 366. -Powershares Senior Loan Port | A | Dividend | J | T | Sold (part) | 12/09/13 | J | B | |
| 367. -Prudential Jennison MD CP GW A | | | | | | | | | |
| 368. -Prudential Sht Trm Corp BD A | A | Dividend | J | T | | | | | |
| 369. Qualcomm Inc | | None | | | Sold | 01/16/13 | J | A | |
| 370. - Safeway Inc. (Common Stock) | A | Int./Div. | J | T | Sold (part) | 03/20/13 | J | A | |
| 371. - Seligman Emerging Markets A | | | | | | | | | |
| 372. -Shell Intl Fin | | | | | Sold | 12/06/13 | J | D | |
| 373. -SPDR Barclays Capital High YIE | A | Dividend | | | Sold (part) | 01/30/13 | J | A | |
| 374. | | | | | Sold (part) | 02/11/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 06/11/13 | J | A | |
| 376. | | | | | Sold (part) | 07/01/13 | J | A | |
| 377. | | | | | Sold | 07/8/13 | J | A | |
| 378. -SPDR Barcap Short Term Hi Yield | | | J | T | Buy | 02/25/13 | J | | |
| 379. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 380. -SPDR DJ Wilshire REIT ETF | A | Dividend | | | Sold | 01/15/13 | J | A | |
| 381. -SPDR S&P Insurance ETF | | | J | T | Buy | 11/08/13 | J | | |
| 382. -SPDR Trust Series I | | | J | T | Buy | 07/01/13 | J | | |
| 383. - T Rowe Price Mid Cap Gr Adv | | | | | | | | | |
| 384. -SPDR S&P Insurance ETF | | | | | Buy | 04/03/13 | J | | |
| 385. | | | | | Sold (part) | 06/06/13 | J | A | |
| 386. - Templeton Foreign Fund A | | | | | | | | | |
| 387. TimeWarner Inc New | A | Dividend | J | T | Sold (part) | 01/16/13 | J | A | |
| 388. | | | | | Sold (part) | 08/14/13 | J | A | |
| 389. - TCW Total Ret DB N | A | Dividend | J | T | | | | | |
| 390. - Threadneedle Emerg Mkts A | | | | | | | | | |
| 391. Tiffany & Company | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. UBS E-Tracs Aleri | A | Interest | J | T | Sold (part) | 08/07/13 | J | A | |
| 393. UnitedHealth GP Inc | | None | | | Sold | 01/08/13 | J | | |
| 394. US Bancorp | A | Int./Div. | J | T | | | | | |
| 395. Utilites Sel Sect SPDR Fund | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 396. Vanguard Consum Staples ETF | | None | J | T | Sold (part) | 01/16/13 | J | A | |
| 397. | | | | | Sold (part) | 04/22/13 | J | A | |
| 398. Vanguard Dividend Appreciation | A | Distribution | J | T | Buy (add'l) | 03/20/13 | J | | |
| 399. | | | | | Sold (part) | 06/11/13 | J | C | |
| 400. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 401. | | | | | Sold (part) | 06/06/13 | J | A | |
| 402. Vanguard Info Tech ETF | | None | J | T | Buy | 01/11/13 | J | | |
| 403. Vanguard MSCI Emerging Mkts | | None | | | Sold | 06/20/13 | J | A | |
| 404. -Vanguard European MSCI ETF | A | Dividend | J | T | Sold (part) | 02/11/13 | J | A | |
| 405. | | | | | Sold (part) | 02/14/13 | J | A | |
| 406. -Vanguard FTSE Emerging Markets | | | | | Buy | 01/11/13 | J | | |
| 407. | | | | | Sold (part) | 06/17/13 | J | | |
| 408. | | | | | Sold (part) | 06/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 07/01/13 | J | A | |
| 410. | | | | | Sold (part) | 06/26/13 | J | | |
| 411.  -Vanguard Industrial ETF | A | Dividend | J | T | | | | | |
| 412.  -Vanguard Info Tech ETF | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 413.  -Vanguard Short-Term Corporate | A | Dividend | J | T | Buy (add'l) | 01/18/13 | J | | |
| 414. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 415.  -Wal Mart Stores Inc | | | | | | | | | |
| 416.  - Western Asset Core Plus BD FI | A | Dividend | J | T | | | | | |
| 417.  -Wisdom Tree Trust Emrg Mkt EQT | | | J | T | Buy | 03/20/13 | J | | |
| 418.  -Wisdom Tree European Hedged Equit | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 419.  -Wisdom Tree European MSCI ETF | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 420.  Wisdom Tree LG Cap Div ETF | A | Dividend | J | T | Buy (add'l) | 02/01/13 | J | | |
| 421. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 422. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 423. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 424. | | | | | Sold (part) | 08/14/13 | J | A | |
| 425.  Wisdom Tree Trust Japan | A | Dividend | J | T | Buy (add'l) | 03/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 02/14/13 | J | | |
| 427. | | | | | Sold (part) | 07/08/13 | J | | |
| 428. Wisdom Tree Trust Japn Hedge EQ | | None | J | T | Buy | 11/08/13 | J | | |
| 429. Wisdom Tree Trust Emerg Mkt Eqt | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 430. Honolulu FCU | A | Interest | J | T | | | | | |
| 431. McDonald's Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 432. Coverdell ESA | A | Int./Div. | J | T | | | | | |
| 433. - MS Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 434. - MS Focus Growth FD A | A | Dividend | J | T | Sold (part) | 03/20/13 | K | A | |
| 435. Morgan Stanley Smith Barney UTMA Account | A | Int./Div. | J | T | | | | | |
| 436. - MS Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 437. - Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 438. - Walt Disney Co Hldg Co. | A | Dividend | J | T | | | | | |
| 439. -Virtus Strategic Grw A (Mutual Fund) | A | Dividend | J | T | | | | | |
| 440. IRA Account | A | Int./Div. | K | T | | | | | |
| 441. - MS Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 442. - Morgan Stanley Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 34

**Name of Person Reporting**

Kobayashi,, Leslie E.

**Date of Report**

01/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. - AIM Constellation A | | | | | | | | | |
| 444. - Allianz NFJ Intl Value A | | | | | | | | | |
| 445. - American Century Growth Advantage | | | | | | | | | |
| 446. - DWS Real Esate Sec A (A Mutual Fund) | | | | | | | | | |
| 447. - Enterprise Group Fund Growth PT | | | | | | | | | |
| 448. - Fidelity Adv Lvgd Company Stk A | | | | | | | | | |
| 449. - Focus Growth Fund B | | | | | | | | | |
| 450. - IM Enterprise Growth FD Cl A | | | | | | | | | |
| 451. - Invesco Constellation A | | | | | | | | | |
| 452. -Invesco Diversified Dividend A | | | | | | | | | |
| 453. - Invesco Div GW Securities A | | | | | | | | | |
| 454. -Invesco Global Core Equity A | | | | | | | | | |
| 455. - Invesco GLB DIV GW Secur B | | | | | | | | | |
| 456. - MS Capital Opportunities TR A | | | | | | | | | |
| 457. - MS Dividend Grwth Securities | | | | | | | | | |
| 458. - MS Focus Growth FD A | | | | | | | | | |
| 459. - MS Global Dividend -Grwth Sec B(fkn as MSDW) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 34

Name of Person Reporting

Kobayashi,, Leslie E.

Date of Report

01/24/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - MS Strategist Fund (fkn as MSDW) | | | | | | | | | |
| 461. - MSDW Dividend Growth D | | | | | | | | | |
| 462. - MS Global Advantage Fund A | | | | | | | | | |
| 463. - MS Global Dividend Grwth Sec D | | | | | | | | | |
| 464. -MS Global Strategist Fund A | A | Dividend | J | T | | | | | |
| 465. - MS Mid-Cap Growth B | | | | | | | | | |
| 466. - MS Multi Cap Growth Tr A | A | Dividend | J | T | Sold (part) | 03/20/13 | K | A | |
| 467. - MFS Value A | | | | | | | | | |
| 468. - MS Limited Maturity Fund A (Mutual Fund) | | | | | | | | | |
| 469. - MSDW Dividend Growth Fund B | | | | | | | | | |
| 470. - MSDW Small Cap Growth Fund B | | | | | | | | | |
| 471. - MSDW Aggressive Equity Fund B | | | | | | | | | |
| 472. - MSDW Competitive Edge Fund | | | | | | | | | |
| 473. - MSDW Am Oppoturnity Fund | | | | | | | | | |
| 474. - MSDW Growth Securities B | | | | | | | | | |
| 475. - MSDW Global Dividend Growth D | | | | | | | | | |
| 476. - MSDW Competitive Edge Bip B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Perkins Mid Cap Val Div | | | | | | | | | |
| 478. - Pimco Low Duration FD A | | | | | | | | | |
| 479. - Pimco Small Cap Value Fd Cl A | | | | | | | | | |
| 480. - Phoenix Al-Cap Growth | | | | | | | | | |
| 481. - Phoenix Engermann Growth A | | | | | | | | | |
| 482. - Salomon Hi Yld BD FD Cl A | | | | | | | | | |
| 483. - Strategist Fund A | | | | | | | | | |
| 484. -General Electric Co. (stock) | A | Dividend | J | T | | | | | |
| 485. -Gen Elec CAP Corp 2950 | | | J | T | | | | | |
| 486. -ING ESII Annuity | A | Int./Div. | M | T | | | | | |
| 487. -CollegeBoundfund (Not self-directed) | A | Int./Div. | J | T | | | | | |
| 488. -Goldman Sachs Grp Inc Medium Term Notes | A | Interest | J | T | | | | | |
| 489. -Honolulu Waterwater Sys Bond | A | Int./Div. | K | | | | | | |
| 490. -MS Equally Weighted S&P 500 C | | | | | | | | | |
| 491. -United States Savings Bonds Series EE | A | Int./Div. | J | T | | | | | |
| 492. -Wells Fargo Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kobayashi,, Leslie E. | 01/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As directed by Subira Issa, I amend my report to include and clarify that the CollegeBoundFund is invested in CBF Aggressive Growth 2202-04 ALT C and is not self-drected.

| Name of Person Reporting | |
|---|---|
| Kobayashi,, Leslie E. | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie E. Kobayashi,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544